UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 1:13cv38/MCR/GRJ

MILTON H. BAXLEY, II, et al.,

    Defendants.
_____/

## **ORDER**

    Pending before the Court is the Magistrate Judge's Report and Recommendation dated March 25, 2014 (doc. 53).  The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.  Having considered the Report and Recommendation, the Court concludes that it should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Report and Recommendation (doc. 53) is adopted as the Order of the Court and incorporated by reference herein.

    2.    The United States' Motion for Summary Judgment (doc. 39) is **GRANTED**.  The United States is entitled to judgment against Defendant Milton H. Baxley II for outstanding tax liabilities in the sum of $1,515,408.19 as of December 5, 2013, plus further interest and statutory additions that continue to accrue as a matter of law.  The United States is also entitled to foreclose on the tax liens and sell the Subject Property, which is located in Alachua County, at 4610 N.W. 13th Avenue, Gainesville, Florida, more particularly described as:

> Lot Sixty-One (61) of Suburban Heights, Unit No. 8 as per plat thereof
> recorded in Plat Book "H", page 34, of the public records of Alachua County,

Florida.

3. Defendant Milton H. Baxley II's Motion for Summary Judgment (doc. 43) is **DENIED.**

4. The United States shall submit a proposed final judgment within fourteen (14) days.

**DONE AND ORDERED** this 30th day of April, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**